court did not clearly err. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b) (2015).

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Raymond DEVEREUX, Jr., Appellant.**

**ED 103698**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: December 27, 2016

■

**Laron CRENSHAW, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED104103**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: December 27, 2016

Daniel N. McPherson, Assistant Attorney General, Jefferson City, MO, for respondent.

Margaret M. Johnston, Columbia, MO, for appellant.

Before Robert M. Clayton III, P.J.,
Mary K. Hoff, J., and Lisa P. Page, J.

ORDER

PER CURIAM.

Raymond Devereux appeals from his convictions of first degree assault, armed criminal action and unlawful use of a weapon. We affirm.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their

Lisa M. Stroup, St. Louis, MO, for appellant.

Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, for respondent.

Before Robert M. Clayton III, P.J.,
Mary K. Hoff, J., and Lisa P. Page, J.

ORDER

PER CURIAM.

Laron Crenshaw appeals from a denial of his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We affirm.